# Exhibit A

Honorable Wendy W. Berger
United States District Judge
U.S. District Court
Middle District of Florida, Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

RE: United States v. Christopher Keith Held
    Case No. 6:20-CR-35-ORL-78DCI

Dear Judge Berger:

My name is Keith Edward Held father of Christopher Keith Held. Christopher's mother left the family home when he was 10 years old. He was devastated. He was very close to his mother. It was hard for myself as well as his sister Diandra. Holidays were especially hard as his mother left on Thanksgiving day. We moved on as a family. Christopher was well liked by all my family and friends. Christopher was an avid sports child. Played all sports. I coached all his teams at our neighborhood Boys Club. Christopher's sister Diandra moved from Chicago (where we lived) to Orlando, Florida. Christopher was lost without her as they were very close. I brought Christopher to Orlando to live with his sister

Diandra in 1998, I moved here in 2000. I saw Christopher all the time. We lived together for 8 years. He went out on his own in 2008 we still saw each other and communicated by phone. It was about 7 years ago I lost touch, he never called or came around on holidays. I had heard it was drugs that were the cause.
I love my son Christopher, he's a good person with a big heart. Please Judge Berger have mercy on him for myself and all his family

Sincerly,
Keith Edward Held
4519 Sheldrake Drive
Orlando, FL. 32812
407-925-3384
HELDWHTSOX2005@HOTMAFL.COM