# Exhibit B

Honorable Wendy W. Berger, United States District Judge
U.S. District Court
Middle District of Florida, Orlando Division
401 West Central Boulevard
Orlando, Florida 32801

Re: United States v. Christopher Keith Held, Case No. 6:20-cr-35-Orl-78DCI

Dear Judge Berger:

I am Christopher Keith Held's aunt. My name is Michele Held and my late husband, Gary, was his uncle, we were close to Chris when he was growing up in Chicago.

Chris was an active and emotional but happy, sweet child. I would babysit him or just have him and his cousins over to play at my house when they were children. His mother doted on him from infancy until he was about 9 or 10 years old.

Chris's mother suddenly walked out on her family without a word when he was 9 or 10. When she did contact the family much later she pretty much neglected Chris. Since she was once overly attentive to his needs it really affected him deeply. We witnessed the change in Chris's demeanor especially when his mother wouldn't be there for her visitations with him. A mother telling her child that you are taking him to the movies, etc. and then not show up time and again can take its toll on his happiness.

While this isn't an excuse for any illegal behavior Chris participated in it certainly contributed to the very poor and unfortunate decisions he had made in his life. Though I believe in second chances for all people I really think Chris deserves to have the opportunity to straighten up his life. I have faith and love for my nephew to turn his life around.

Sincerely,

*Michele Held*

Michele Held
3330 N Orange Ave
Chicago, IL 60634
(773) 807-4178
mgmheld@gmail.com