# Exhibit C

Honorable Wendy W. Berger, United States District Judge
U.S. District Court
Middle District of Florida, Orlando Division
401 West Central Boulevard
Orlando, Florida 32801


Re: United States v. Christopher Keith Held, Case No. 6:20-cr-35-Orl-78DCI

Dear Judge Berger:

My name is Michael Held, and Chris is my first cousin, a cousin with whom I grew up and with whom I spent a good part of my childhood when he lived in Chicago during the formative years of our lives. As children we spent much time together and were very close. Though we now live states apart and distance and a divergence in life paths have been factors in us not having much of a relationship in recent years, we remain tied to those earlier experiences together and the bond of a family that once was very also close, but has gradually disintegrated in many ways due to various divorces, alcoholism, and mental health issues. Like many, many people, family life was not always easy for us, though it hit some of us harder than others. It hit Chris harder than his sister, harder than me and his other cousins.

Chris has always been very caring and sweet to his family and friends, as well as deeply emotional and, therefore, sometimes impulsive (as you no doubt know is often a consequence of a deeply emotional person), trying to survive and take care of himself despite a poor foundation, and without always thinking through the smartest ways to do that without negative consequences. He hasn't ever had good tools to function otherwise. There were reasons for this, experiences that he was never able to positively reconcile, reasons that were not always his fault by a long shot. It's a life, and a lot happens within it.

What always stood out to me in my relationship with Chris were the challenges he endured in an unstable home due to familial turbulence (e.g., alcoholism and mental health issues throughout our family; his parents' divorce; the subsequent erratic, and often non-existent, care from his own mother, who departed after the divorce and often did not look back). Chris always had a very difficult time processing these events in his life or navigating his way through these deeply hurtful experiences, and sometimes acted out due to a lack of those skills that help one overcome such hits. He was never able to land on his feet for any good length of time despite being a good, caring, sincere person at heart.

For these reasons I can only hope that some mercy can be applied to him and that he can someday begin to work toward a type of productive life that sometimes takes bit longer for some people to achieve versus others that have a clearer, more stable path behind and in front of them. That he can be there for his daughters so that they do not find themselves in similar distraught circumstances, continuing the cycle.

I'll close by stating that I understand the severity of his actions, and I understand that he must be accountable for those actions; however, all human beings make mistakes, often repeatedly, and some worse than others, but they also most always can benefit from the empathy of others, that rehabilitation is a most worthy and noble goal as opposed to mere punishment for those mistakes. As a former high school dropout myself and having tough family and personal challenges of my own, I was also eventually able to rally and become a respected college professor and mentor for many at-risk students from the toughest neighborhoods in Chicago, so I understand very well what that human development process is like, how important getting a second (or third) chance is for a person to finally be able to bounce back and get one's life on the right track. That this can be a protracted process with many missteps along the way, but that it *can* be done.  I only hope that Chris has an opportunity to also get that type of chance someday. Perhaps a bit of empathy in his case can be the first step.

I encourage you to contact me if needed for any further examples or perspective on Chris's character.

Most sincerely,

Michael Held
5926 W Waveland Ave
Chicago, IL 60634
773-807-4785
Mheld23@gmail.com