# Exhibit D

**Orange County Corrections Health Services Dept**
PO Box 4970  Orlando, FL 32802
(407) 254-8306  Fax: (407) 836-3241

*May 20, 2020*
*Page 2*
*Physical Assessment*

**CHRISTOPHER KEITH HELD**
Male  DOB: ▮▮▮▮▮▮          P00124662

Home: (407) 288-8596

### PA MH Evaluation
**History of Psychiatric hospitalization?** No
**History of outpatient mental health treatment?** No

### Substance Abuse History

**Alcohol Abuse**
Does inmate have a history of alcohol abuse? Denies
Do you have problems when you stop using alcohol? Denies

**Drug Abuse**
Does inmate have a history of drug abuse? Yes
Have you ever been treated for drug abuse: Denies
Crystal Meth - Age of onset: 30
Crystal Meth - When was last time used: 01/18/2019
Crystal Meth - How often do you use: Several times a day
Crystal Meth - What route for drugs: Smoking
Does inmate have problems when you stop using drugs? Yes
Type of Problems: Anxiety, Other
Comments: nightmares
Mental health subjective review--what is the inmate's emotional response to Incarceration?
Accepting
Speech: Normal
Affect: Normal
Does inmate appear developmentally delayed and/or have they attended Special Education Classes? No
Have you ever had a Cerebral Trauma? No
Oriented Person, Place, Time
History of Sexual Abuse/Assault? No
History of suicide attempts? No
Is the Inmate Suicidal? No
Does the inmate hear voices? No
Is the Inmate Homicidal? No
Is the Inmate having hallucinations? No
Mental Health referral sick call scheduled? No

### TB Screening
Inmate has been Screened for TB symptoms

### Administer PPD
**Administered:** Yes
**Site:** L Forearm
**Recorded By:** Gonzalez, RN, Maria

### History of TB Symptoms

