# Exhibit I

## Table 31

### SENTENCE IMPOSED RELATIVE TO THE GUIDELINE RANGE
### BY TYPE OF CRIME[1]
### Fiscal Year 2019

| TYPE OF CRIME | TOTAL | WITHIN GUIDELINE RANGE | | DEPARTURE | | | | | | | | DOWNWARD VARIANCE | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | UPWARD | | §5K1.1 | | §5K3.1 | | DOWNWARD | | VARIANCE | |
| | | N | % | N | % | N | % | N | % | N | % | N | % |
| TOTAL | 76,034 | 39,078 | 51.4 | 364 | 0.5 | 7,272 | 9.6 | 7,119 | 9.4 | 3,162 | 4.2 | 19,039 | 25.0 |
| Administration of Justice | 695 | 357 | 51.4 | 12 | 1.7 | 36 | 5.2 | 6 | 0.9 | 43 | 6.2 | 241 | 34.7 |
| Antitrust | 20 | 2 | 10.0 | 0 | 0.0 | 15 | 75.0 | 0 | 0.0 | 0 | 0.0 | 3 | 15.0 |
| Arson | 68 | 35 | 51.5 | 2 | 2.9 | 9 | 13.2 | 0 | 0.0 | 2 | 2.9 | 20 | 29.4 |
| Assault | 768 | 380 | 49.5 | 18 | 2.3 | 39 | 5.1 | 1 | 0.1 | 55 | 7.2 | 275 | 35.8 |
| Bribery/Corruption | 341 | 63 | 18.5 | 0 | 0.0 | 118 | 34.6 | 0 | 0.0 | 27 | 7.9 | 133 | 39.0 |
| Burglary/Trespass | 64 | 40 | 62.5 | 1 | 1.6 | 1 | 1.6 | 0 | 0.0 | 2 | 3.1 | 20 | 31.3 |
| Child Pornography | 1,368 | 413 | 30.2 | 10 | 0.7 | 30 | 2.2 | 0 | 0.0 | 95 | 6.9 | 820 | 59.9 |
| Commercialized Vice | 90 | 32 | 35.6 | 1 | 1.1 | 9 | 10.0 | 0 | 0.0 | 7 | 7.8 | 41 | 45.6 |
| Drug Possession | 490 | 445 | 90.8 | 2 | 0.4 | 2 | 0.4 | 0 | 0.0 | 3 | 0.6 | 38 | 7.8 |
| Drug Trafficking | 19,813 | 6,734 | 34.0 | 64 | 0.3 | 4,460 | 22.5 | 1,224 | 6.2 | 846 | 4.3 | 6,485 | 32.7 |
| Environmental | 173 | 82 | 47.4 | 0 | 0.0 | 10 | 5.8 | 0 | 0.0 | 14 | 8.1 | 67 | 38.7 |
| Extortion/Racketeering | 183 | 88 | 48.1 | 2 | 1.1 | 21 | 11.5 | 0 | 0.0 | 9 | 4.9 | 63 | 34.4 |
| Firearms | 8,474 | 4,618 | 54.5 | 56 | 0.7 | 563 | 6.6 | 8 | 0.1 | 305 | 3.6 | 2,924 | 34.5 |
| Food and Drug | 48 | 34 | 70.8 | 1 | 2.1 | 0 | 0.0 | 0 | 0.0 | 1 | 2.1 | 12 | 25.0 |
| Forgery/Counter/Copyright | 276 | 135 | 48.9 | 1 | 0.4 | 29 | 10.5 | 0 | 0.0 | 11 | 4.0 | 100 | 36.2 |
| Fraud/Theft/Embezzlement | 6,273 | 2,991 | 47.7 | 19 | 0.3 | 830 | 13.2 | 17 | 0.3 | 205 | 3.3 | 2,211 | 35.2 |
| Immigration | 29,239 | 19,193 | 65.6 | 103 | 0.4 | 205 | 0.7 | 5,852 | 20.0 | 1,141 | 3.9 | 2,745 | 9.4 |
| Individual Rights | 64 | 34 | 53.1 | 0 | 0.0 | 7 | 10.9 | 0 | 0.0 | 3 | 4.7 | 20 | 31.3 |
| Kidnapping | 96 | 30 | 31.3 | 2 | 2.1 | 18 | 18.8 | 0 | 0.0 | 9 | 9.4 | 37 | 38.5 |
| Manslaughter | 74 | 39 | 52.7 | 7 | 9.5 | 0 | 0.0 | 0 | 0.0 | 5 | 6.8 | 23 | 31.1 |
| Money Laundering | 1,174 | 289 | 24.6 | 4 | 0.3 | 333 | 28.4 | 7 | 0.6 | 67 | 5.7 | 474 | 40.4 |
| Murder | 373 | 143 | 38.3 | 4 | 1.1 | 87 | 23.3 | 0 | 0.0 | 33 | 8.8 | 106 | 28.4 |
| National Defense | 193 | 54 | 28.0 | 0 | 0.0 | 40 | 20.7 | 0 | 0.0 | 23 | 11.9 | 76 | 39.4 |
| Obscenity/Other Sex Offenses | 392 | 235 | 59.9 | 3 | 0.8 | 0 | 0.0 | 1 | 0.3 | 12 | 3.1 | 141 | 36.0 |
| Prison Offenses | 610 | 402 | 65.9 | 3 | 0.5 | 11 | 1.8 | 3 | 0.5 | 30 | 4.9 | 161 | 26.4 |
| Robbery | 1,825 | 711 | 39.0 | 29 | 1.6 | 262 | 14.4 | 0 | 0.0 | 100 | 5.5 | 723 | 39.6 |
| Sexual Abuse | 1,165 | 458 | 39.3 | 14 | 1.2 | 58 | 5.0 | 0 | 0.0 | 77 | 6.6 | 558 | 47.9 |
| Stalking/Harassing | 223 | 113 | 50.7 | 4 | 1.8 | 2 | 0.9 | 0 | 0.0 | 15 | 6.7 | 89 | 39.9 |
| Tax | 547 | 139 | 25.4 | 0 | 0.0 | 69 | 12.6 | 0 | 0.0 | 16 | 2.9 | 323 | 59.0 |
| Other | 915 | 789 | 86.2 | 2 | 0.2 | 8 | 0.9 | 0 | 0.0 | 6 | 0.7 | 110 | 12.0 |

[1] Of the 76,538 cases, 504 were excluded because information was missing from the submitted documents that prevented the comparison of the sentence and the guideline range. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2019 Datafile, USSCFY19.

Table 36

## EXTENT OF UPWARD VARIANCES
## BY TYPE OF CRIME[1]
### Fiscal Year 2019

| TYPE OF CRIME | N | Mean | | | Median | | |
|---|---|---|---|---|---|---|---|
| | | Sentence In Months | Increase In Months | Percent Increase | Sentence In Months | Increase In Months | Percent Increase |
| **TOTAL** | 1,421 | 79 | 23 | 65.0 | 60 | 12 | 37.5 |
| Administration of Justice | 22 | 35 | 9 | 44.2 | 30 | 6 | 25.8 |
| Antitrust | 0 | -- | -- | -- | -- | -- | -- |
| Arson | 5 | 124 | 49 | 64.4 | 120 | 48 | 44.4 |
| Assault | 29 | 102 | 31 | 56.9 | 96 | 18 | 27.7 |
| Bribery/Corruption | 5 | 36 | 10 | 70.3 | 36 | 6 | 100.0 |
| Burglary/Trespass | 4 | 26 | 7 | 63.7 | 23 | 6 | 55.8 |
| Child Pornography | 20 | 139 | 34 | 35.7 | 132 | 24 | 27.7 |
| Commercialized Vice | 15 | 53 | 21 | 68.1 | 46 | 10 | 53.3 |
| Drug Possession | 21 | 10 | 3 | 44.4 | 7 | 1 | 16.7 |
| Drug Trafficking | 275 | 104 | 30 | 71.7 | 84 | 18 | 33.3 |
| Environmental | 1 | -- | -- | -- | -- | -- | -- |
| Extortion/Racketeering | 9 | 51 | 21 | 75.6 | 50 | 13 | 81.8 |
| Firearms | 310 | 84 | 26 | 54.3 | 70 | 18 | 35.2 |
| Food and Drug | 0 | -- | -- | -- | -- | -- | -- |
| Forgery/Counter/Copyright | 7 | 42 | 16 | 64.7 | 36 | 19 | 51.4 |
| Fraud/Theft/Embezzlement | 104 | 56 | 18 | 80.8 | 44 | 13 | 50.0 |
| Immigration | 328 | 27 | 10 | 75.1 | 20 | 6 | 50.0 |
| Individual Rights | 3 | 74 | 11 | 32.0 | 84 | 13 | 18.3 |
| Kidnapping | 0 | -- | -- | -- | -- | -- | -- |
| Manslaughter | 9 | 119 | 44 | 83.3 | 96 | 30 | 23.7 |
| Money Laundering | 10 | 112 | 39 | 61.5 | 72 | 24 | 49.4 |
| Murder | 9 | 381 | 100 | 42.3 | 382 | 65 | 25.7 |
| National Defense | 0 | -- | -- | -- | -- | -- | -- |
| Obscenity/Other Sex Offenses | 14 | 62 | 32 | 117.0 | 48 | 21 | 61.1 |
| Prison Offenses | 17 | 24 | 9 | 55.6 | 20 | 6 | 50.0 |
| Robbery | 96 | 185 | 43 | 33.6 | 180 | 30 | 22.4 |
| Sexual Abuse | 38 | 167 | 40 | 96.7 | 147 | 22 | 19.5 |
| Stalking/Harassing | 17 | 79 | 35 | 83.9 | 60 | 29 | 50.0 |
| Tax | 9 | 49 | 13 | 37.5 | 50 | 10 | 24.4 |
| Other | 44 | 11 | 4 | 52.0 | 9 | 3 | 33.3 |

[1] Of the 76,538 cases, in 1,431 the sentence was a variance above the guideline range. Due to an inability to calculate the extent of departure for cases with a sentence of life, two offenders were excluded from this table. Also, eight offenders were excluded due to several logical criteria. Sentences greater than 470 months and probation were included in the sentence average computations as 470 months and zero months, respectively. The information in this table includes conditions of confinement as described in USSG §5C1.1. Descriptions of variables used in this table are provided in Appendix A.

SOURCE: U.S. Sentencing Commission, 2019 Datafile, USSCFY19.