**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA**

VS.                                         CASE NO: 6:20-cr-35-Orl-78DCI

**BONNIE BROOKE VOGT**

| JUDGE: | Wendy W. Berger | COUNSEL FOR GOVERNMENT: | Chauncey Arthur Bratt |
|---|---|---|---|
| DEPUTY CLERK: | Regina Fermer | COUNSEL FOR DEFENDANT: | Ali Kamalzadeh |
| COURT REPORTER: | Heather Suarez heathersuarez.usocr@gmail.com | PRETRIAL/PROBATION: | Tania L. Correa |
| SCHEDULED DATE/TIME: | September 21, 2020 3:00 PM | INTERPRETER: | N/A |

## MINUTES ON SENTENCING

Defendant placed under oath.

Defense called Dr. Sheila Rapa as witness, duly sworn, testifies.

Victim Ashley Stondour makes unsworn statement.

**SENTENCE IMPOSED as to Counts One, Six, and Seven of the Indictment.**

Counts Four, Five, Ten – Thirteen, and Fifteen - Seventeen are DISMISSED in accordance with the Plea Agreement.

**INCARCERATION**: Thirty-Six (36) months

**SUPERVISED RELEASE**: 3 years

> *Special conditions of supervised release:*
> Mandatory drug testing requirements are imposed.
> Drug aftercare conditions imposed.
> Mental health treatment conditions imposed.
> Credit conditions imposed.
> Defendant shall cooperate in the collection of DNA.
> Search conditions imposed.

The Defendant shall have no contact with Co-Defendant Christopher Keith Held.

**FINE** and cost of imprisonment are waived.

**SPECIAL ASSESSMENT** of $300.00 is due immediately.

**RESTITUTION**: Deferred. Pursuant to Title 18 U.S.C. §3664(d)(5), a date for the final determination of victim losses shall be under a separate order and will not exceed 90 days. The Defendant does not wish to be present at the Restitution Hearing.

**FORFEITURE ORDERED** of those assets identified in the Preliminary Order of Forfeiture entered at Doc.75.

The Plea Agreement is accepted.

The Defendant shall surrender to the United States Marshal for this district **at 2:00 P.M. on October 5, 2020**.

If the Defendant's drug test results come back as positive the Defendant shall be remanded to the custody of the United States Marshal.

The Court recommends to the Bureau of Prisons that the defendant be placed at FCP Alderson in West Virginia and participate in the Residential Drug Abuse Program (RDAP).

Defendant advised of right to appeal.

**Time in court: 3:09pm – 5:52pm = 2 hours, 43 minutes.**