# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                                  **Case No. 6:20-cr-35-Orl-78DCI**

**BONNIE BROOKE VOGT,**

    **Defendant.**

_____/

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Defendant, Bonnie Brooke Vogt, pursuant to Fed. R. App. P. 4(b), appeals to the United States Court of Appeals for the Eleventh Circuit from the district court's judgment and sentence filed in this matter on September 23, 2020.

                                              Respectfully submitted,

                                              JAMES T. SKUTHAN
                                              ACTING FEDERAL DEFENDER

                                              s/ *Jenna Kelly*
                                              Jenna Kelly
                                              Assistant Federal Defender
                                              Florida Bar No. 0106365
                                              201 S. Orange Avenue, Suite 300
                                              Orlando, Florida 32801
                                              Telephone: 407-648-6338
                                              Facsimile: 407-648-6095
                                              E-Mail: jenna_kelly@fd.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that undersigned electronically filed the foregoing *Notice of Appeal* with the Clerk of Court (CM/ECF) by using the CM/ECF system, which will send notice of the electronic filing to Chauncey Bratt, Assistant United States Attorney, this the 7th day of October 2020.

*s/ Jenna Kelly*
Jenna Kelly
Assistant Federal Defender
